No. 93–7690. CLEMONS v. RIGHTSELL ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 93–7695. FIELDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 93–7696. GANT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 93–7703. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–7705. OKEGBENRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 93–7707. MITCHEM v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–7708. ZIRRETTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–7712. DAWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 93–7713. BOSTIC v. HURST ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 93–7714. SILVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–7717. JACKSON, AKA INGRAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 93–7725. COLMENERO-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–7729. VILLANUEVA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 93–7732. GILBERT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 93–7733. JESSEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 93–7734. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮